Complaint

FILED
IN CLERK'S OFFICE
2004 JUN 30 P 4: 27
U.S. DISTRICT COURT
DISTRICT OF MASS

04-11498-PBS
Referred to MJ Bowling

1)

1 Jemetress Magazine of 52 Fowler St Roxbury MA 02119, was Terminated from Boston Water Sewer Commission on 4/25/01 location was 918 Harrison Avenue, Boston MA 02119.

2) I have taken the necessary steps with Mass Commission Against Discrimination, And Equal Employment Opportunity Commission. Regarding my Termination, with Boston Water Sewer Commission, And have advised to pursue this matter in Federal Court.

3) When I started working with Boston Water & Sewer in November 2000. I informed them of my pre-existing injury. Fused at my neck & herniated disc low back area (spine). My me be late sometimes or even taken time off. Due to the severe pain. I was terminated. From 11/00 — 4/01 I was absent 5 times & late 7 or eight times

5) Boston Water & Sewer stated that my termination was due to me being late or absent, and they also stated that I didn't know the job. I am "upset" regarding me not my job. I think they forgot that I worked for them in 1992, in the same dept, same position, same supervisors. If I didn't know the job, I don't think I would have been re-hired.

6) Relief: I am asking the courts that Boston Water & Sewer be held liable for pain & suffering that they have caused me. I can not ask for my job back because since 11/01 I have be total disabled due to my injuries

Jenetress Magarine
50 Bower St
(617) 442-2667 Rox, MA 02119

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Jemetress Magazine<br>52 Bower St.<br>Boston, MA 02119 | From: Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2001-02763 | Anne R. Giantonio,<br>Intake Supervisor | (617) 565-3189 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Robert L. Sanders,
Director

MAR 3 1 2004

Enclosure(s)                                                                 (Date Mailed)

cc: BOSTON WATER AND SEWER COMMISSION
918 Harrison Ave
Boston, MA 02119

MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION
ONE ASHBURTON PLACE, ROOM 601, BOSTON, MA 02108
(617) 727-3990

## -DISMISSAL and NOTIFICATION of RIGHTS-

TO: Jemestress Magazine
52 Bower Street
Boston, MA 02119

Case: Magazine v. Boston Water and Sewer Commission
Docket No: 01BEM10003
EEOC No: 16CA102763
Investigator: Lurleen Manning

DEC 1 2 2002

Your complaint has been dismissed for the following reason(s):

[ ] The facts you allege fail to state a claim under any of the statutes the Commission enforces.

[ ] Respondent employs less than the required number of employees.

[ ] Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ] The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ X ] The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

### -NOTICE of APPEAL-

If you wish to appeal the dismissal of your complaint and believe that the above stated reason for dismissal is incorrect, you may appeal to this Commission within 10 days after receipt of this notice. You or your attorney must make your appeal of the dismissal in writing to the appeals clerk of this Commission. Attention: Ms. Nancy To.

All employment complaints, where applicable, were filed by the MCAD with the Equal Employment Opportunity Commission. Our finding, which will be forwarded to its area office, JFK Federal Building, Boston, MA will be given substantial weight provided that such findings are in accordance with the requirements of Title VII of the Civil Rights Act of 1964, the ADEA, and/or the ADA, as amended.

_____
Walter J. Sullivan, Jr., Esq.
Investigating Commissioner

_____
DATE

CC: Robert M. LaMarca, Staff Attorney
Boston Water and Sewer Commission
918 Harrison Ave.
Boston, MA 02119