UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 21 A 9: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | )
|---|---|
| JEMETRESS MAGAZINE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-11498-PBS |
| | ) |
| BOSTON WATER AND SEWER COMMISSION | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for Defendant, Boston Water and Sewer Commission, in the above-entitled case.

John Foskett, BBO No. 175540
Deutsch Williams Brooks
  DeRensis & Holland, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

Robert M. LaMarca
Boston Water And Sewer Commission
980 Harrison Avenue
Boston, MA 02119

BOSTON WATER AND SEWER COMMISSION,
By its attorneys,

John Foskett, BBO No. 175540
DEUTSCH WILLIAMS BROOKS
  DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

Robert M. LaMarca
BOSTON WATER AND SEWER COMMISSION
980 Harrison Avenue
Boston, MA 02119



CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail hand on this date.

Date: October 21, 2004

DWLIB 169278v1
1044/00