UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT 21  A 9: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| JEMETRESS MAGAZINE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  04-11498-PBS |
| | ) | |
| BOSTON WATER AND SEWER COMMISSION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Boston Water and Sewer Commission respectfully moves the court for an order dismissing the complaint. The grounds are that the complaint fails to state a claim upon which relief may be granted. These grounds are set forth in greater detail in the memorandum of law filed herewith.

**LOCAL RULE 7.1 CERTIFICATION**

Counsel for defendant represents that he has not held a conference in an effort to narrow

or resolve the motion because plaintiff is *pro se* and, therefore, there is no "counsel" with whom

he may confer under Local Rule 7.1.

BOSTON WATER AND SEWER COMMISSION,
By its attorneys,

John Foskett, BBO No. 175540
DEUTSCH WILLIAMS BROOKS
    DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

Robert M. LaMarca
BOSTON WATER AND SEWER COMMISSION
980 Harrison Avenue
Boston, MA  02119

Date:  October 21, 2004

DWLIB 169266v1
1044/00

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above
document was served upon the attorney of record for each
party by first-class mail/hand on this date.

2